UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENEE KELLY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CUBESMART, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05470-HSG<br><br>**ORDER PROHIBITING FURTHER FILINGS UNTIL AN ORDER ON THE MOTION TO DISMISS ISSUES** |

Defendants filed a motion to dismiss on September 26, 2022. Dkt. No. 7. After Plaintiff filed an amended complaint and "second amendment to complaint," Dkt. Nos. 17, 22, Defendants filed a second motion to dismiss and motion to strike, Dkt. No. 27. Since Defendants filed their first motion, Plaintiff has filed several documents and motions that have no basis in the law or local rules. The Court will complete its review of the motion to dismiss in due course. Until the Court issues an order on the motion to dismiss, the Court **ORDERS** Plaintiff not to file any motions or briefs, with the exception of responding to the second motion to dismiss, Dkt. No. 27, by the November 23, 2022 deadline. Failure to comply with this order will be grounds for the imposition of sanctions, and may result in the revocation of Plaintiff's ECF filing privileges.

**IT IS SO ORDERED.**

Dated: 11/10/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge