UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENEE KELLY,<br><br>   Plaintiff,<br><br>   v.<br><br>CUBESMART, et al.,<br><br>   Defendants. | Case No. 22-cv-05470-HSG<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO REASSIGN CASE**<br><br>Re: Dkt. No. 51 |

Plaintiff, proceeding *pro se*, responded to the Court's order at Dkt. No. 46 and requested that the case be reassigned to another judge in the Northern District of California. *See* Dkt. No. 51. The Court **DENIES** the request.

"[I]n the absence of a legitimate reason to recuse himself, a judge should participate in cases assigned." *United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008). Plaintiff asserts, based entirely on the Court's legal rulings, that the undersigned "inflict[ed] extreme prejudice with the 'intent to cause harm'" and "violat[ed] Plaintiff's constitutional rights." Dkt. No. 51 at 1. Judicial rulings absolutely may be raised in any eventual appeal, but are not a valid basis for a motion for recusal. *See Holland*, 519 F.3d at 913–14 (citing *Liteky v. United States*, 510 U.S. 540, 555–56 (1994)); *see also Mayes v. Leipziger*, 729 F.2d 605, 607 (9th Cir. 1984) ("A judge's previous adverse ruling alone is not sufficient bias."); *McCoy v. Stronach*, No. 112CV000983AWISABPC, 2021 WL 147989, at *1–2 (E.D. Cal. Jan. 15, 2021) (denying plaintiff's motion for disqualification based on adverse ruling on motion).

The Court has not yet issued a ruling on the two pending motions to dismiss, or issued any substantive orders of any kind in this case. *See* Dkt. Nos. 27, 33. The Court emphasizes that Plaintiff continues to have the opportunity to file an opposition to the pending second motion to

dismiss at Dkt. No. 33.  As the Court explained in its text order on January 19, 2023, Plaintiff has until February 2, 2023.  *See* Dkt. No. 46.  The Court <u>encourages Plaintiff to file an opposition that responds to the substance of Defendants' motion</u>.  If Plaintiff does not file an opposition, the Court will construe this filing, Dkt. No 51, as her opposition.  As before, Defendants may file a reply by February 9, 2023.

The Court advises Plaintiff that the Legal Help Center provides free information and limited-scope legal advice to pro se litigants in civil cases.  The center can provide information, advice, and basic legal help but cannot represent litigants as their lawyer.  Services are provided by appointment only.  An appointment may be scheduled by calling (415) 782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated:   1/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge