AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern                     **District of**                    California, Oakland Division

| | |
|---|---|
| Cynthia Renee Kelly<br>Plaintiff (s),<br>V.<br>Cubesmart, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:22-cv-05470-HSG |

Notice is hereby given that, subject to approval by the court, __Jessica Pliner, Specially Appearing__ substitutes
(Party (s) Name)

__Jessica S. Pliner__, State Bar No. __261976__ as counsel of record in
(Name of New Attorney)

place of __Lewis Brisbois Bisgaard & Smith LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Barber Ranen LLP
Address:        One Embarcadero Center, Suite 2100, San Francisco, CA 94111
Telephone:      628-626-6907                    Facsimile
E-Mail (Optional): Jessica.Pliner@barberranen.com

I consent to the above substitution.
Date:    5/252023

(Signature of Party (s))

I consent to being substituted.
Date:    May 31, 2023

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:    5/25/2023

/s/ Jessica Pliner
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    6/1/2023

Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print | Save As... | Export as FDF | Retrieve FDF File | Reset