AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California, Oakland Division |

Cynthia Renee Kelly

                Plaintiff (s),

V.

Cubesmart, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-05470-HSG

Notice is hereby given that, subject to approval by the court, __CUBESMART L.P.__ substitutes
                                                                         (Party (s) Name)

__Jessica S. Pliner__, State Bar No. __261976__ as counsel of record in
(Name of New Attorney)

place of __Lewis Brisbois Bisgaard & Smith LLP__
                             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Barber Ranen LLP
    Address: One Embarcadero Center, Suite 2100, San Francisco, CA 94111
    Telephone: 628 8626-6907     Facsimile
    E-Mail (Optional): Jessica.Pliner@barberranen.com

I consent to the above substitution.
Date: May 31, 2023

*Anastasia Mihos*
Anastasia Mihos (May 31, 2023 09:08 EDT)
(Signature of Party (s))

I consent to being substituted.
Date: May 31, 2023

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/25/2023

/s/ Jessica Pliner
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 6/1/2023

*Haywood S. Gilliam Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |