AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern  **District of**  California, Oakland Division

Cynthia Renee Kelly
                Plaintiff(s),
V.
Cubesmart, et al.
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-05470-HSG

Notice is hereby given that, subject to approval by the court, __Johanna Templeton__ substitutes
(Party(s) Name)

__Jessica S. Pliner__ , State Bar No. __261976__ as counsel of record in
(Name of New Attorney)

place of __Lewis Brisbois Bisgaard & Smith LLP__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Barber Ranen LLP
Address:       One Embarcadero Center, Suite 2100, San Francisco, CA 94111
Telephone:     628-626-6907            Facsimile
E-Mail (Optional): Jessica.Pliner@barberranen.com

I consent to the above substitution.
Date:  5/31/2023

*Johanna Templeton*
Johanna Templeton (May 31, 2023 09:43 PDT)
(Signature of Party(s))

I consent to being substituted.
Date:  May 31, 2023

[signature]
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:  5/25/2023

/s/ Jessica Pliner
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____             _____
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print | Save As... | Export as FDF | Retrieve FDF File | Reset