☐AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California, Oakland Division__

Cynthia Renee Kelly
                Plaintiff (s),

V.

Cubesmart, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-05470-HSG

Notice is hereby given that, subject to approval by the court, __Lewis Brisbois Bisgaard & Smith LLP__ substitutes
(Party (s) Name)

__Jessica S. Pliner__, State Bar No. __261976__ as counsel of record in
(Name of New Attorney)

place of __Lewis Brisbois Bisgaard & Smith LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Barber Ranen LLP
    Address:    One Embarcadero Center, Suite 2100, San Francisco, CA 94111
    Telephone:    628-626-6907    Facsimile
    E-Mail (Optional):    Jessica.Pliner@barberranen.com

I consent to the above substitution.
Date: June 1, 2023
                (Signature of Party (s))

I consent to being substituted.
Date: June 1, 2023
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 5/25/2023
                /s/ Jessica Pliner
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/12/2023
                Haywood S. Gilliam Jr.
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |