UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENEE KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>CUBESMART, et al.,<br><br>    Defendants. | Case No. 22-cv-05470-HSG<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS**<br><br>Re: Dkt. Nos. 88, 90, 94 |

Plaintiff has filed several motions, including a motion to "repeal" the Court's order on the motions to dismiss and to disqualify opposing counsel. *See* Dkt. Nos. 88, 90, 94. Plaintiff has not identified a basis for reconsideration under Civil Local Rule 7-9, and continues to rehash arguments she has presented repeatedly regarding opposing counsel's conduct. The Court **DENIES** the motions.

In its order on the motion to dismiss, the Court allowed several of Plaintiff's claims to proceed and gave Plaintiff leave to amend as to the dismissed claims. *See* Dkt. No. 87. The deadline for amending has now passed and no amended complaint has been filed. The Court has referred this case to Magistrate Judge Cisneros for a settlement conference. The parties are encouraged to make a good-faith effort to discuss the merits of the case and determine whether a mutually-beneficial resolution without further litigation is possible.

The Court further **SETS** a case management conference on September 26, 2023, at 2:00 p.m. The parties should be prepared to discuss the case status. All counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929;

Passcode: 6064255

1  All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial in at least 15 minutes before the hearing to check in with the courtroom deputy. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

The Court further **DIRECTS** the parties to either meet and confer and submit a joint case management statement or submit separate statements by September 19, 2023.

**IT IS SO ORDERED.**

Dated: 7/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge