Lisa B. Sween (State Bar No. 191155)
Harold B. Jones (State Bar No. 209266)
Benjamin A. Mains (State Bar No. 274056)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: Lisa.Sween@jacksonlewis.com
Email: Harold.Jones@jacksonlewis.com
Email: Benjamin.Mains@jacksonlewis.com

Attorneys for Defendants
CUBESMART, CUBESMART LP AND
CUBESMART MANAGEMENT, LLC
erroneously sued as CUBESMART LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENEE KELLY,<br><br>　　　　Petitioner/Plaintiff,<br><br>　　v.<br><br>CUBESMART, et al.<br><br>　　　　Respondent/Defendant | Case No. 22-cv-05470-HSG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CUBESMART, CUBESMART LP AND CUBESMART MANAGEMENT, LLC ERRONEOUSLY SUED AS CUBESMART LLC; ORDER**<br><br>Complaint Filed:  August 2, 2022<br>Notice of Removal Filed: September 26, 2022 |

PLEASE TAKE NOTICE that Defendants CubeSmart, CubeSmart, L.P., and CubeSmart Management, LLC erroneously sued as CubeSmart LLC (collectively "CubeSmart"), have retained Jackson Lewis P.C. to substitute as counsel for Barber Ranen LLP and/or O'Hagan Meyer in the above-captioned action.

Withdrawing counsel for CubeSmart are:

Jessica Stuart Pliner
O'Hagan Meyer
One Embarcadero Center, Suite 2100
San Francisco, CA  94111
E-mail: jpliner@ohaganmeyer.com
Telephone: (628) 626-6907

|   |   |
|---|---|
| 1 | Na Rae Kim |
| 2 | O'Hagan Meyer |
|   | One Embarcadero Center, Suite 2100 |
| 3 | San Francisco, CA  94111 |
|   | E-mail:  nkim@ohaganmeyer.com |
| 4 | Telephone:  (628) 626-6910 |

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant CubeSmart:

Lisa B. Sween
Harold R. Jones
Benjamin A. Mains
Jackson Lewis P.C.
50 California Street, 9th Floor
San Francisco, California 94111
E-mail: Lisa.Sween@jacksonlewis.com
E-mail: Harold.Jones@jacksonlewis.com
E-mail: Benjamin.Mains@jacksonlewis.com
Telephone:  (415) 394-9400

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  July 28, 2023            CUBESMART, CUBESMART, L.P., AND
                                 CUBESMART MANAGEMENT, LLC


                                 By: *Anastasia Mylonas Mihos*
                                     Anastasia Mylonas Mihos
                                     Associate General Counsel
                                     CubeSmart Self Storage

Dated:  July 28, 2023            O'HAGAN MEYER


                                 By: *Jessica Stuart Pliner*
                                     Jessica Stuart Pliner

Dated:  July 28, 2023            JACKSON LEWIS P.C.


                                 By: *Harold R. Jones*
                                     Lisa B. Sween
                                     Harold R. Jones
                                     Benjamin A. Mains
                                     Attorneys for Defendants
                                     CUBESMART, CUBESMART LP AND
                                     CUBESMART MANAGEMENT, LLC
                                     erroneously sued as CUBESMART LLC

**ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 28, 2023                    JACKSON LEWIS P.C.

                                        By:  *Harold R. Jones*
                                             Harold R. Jones

**ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 7/28/2023                        _____
                                        HON. HAYWOOD S GILLIAM, JR.

4893-5013-9763, v. 1